UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

FRANCES "PAT" LADNER                                                                    PLAINTIFF

V.                                                            CIVIL ACTION NO. 1:06CV90 LTS-RHW

DORMAN DAVIS and
STATE FARM FIRE AND CASUALTY
INSURANCE COMPANY                                                                  DEFENDANTS

ORDER OF REMAND
AND ORDER GRANTING MOTION FOR AN EXTENSION OF TIME

In accordance with the Memorandum Opinion I have this day entered, and upon due consideration of the pending motions for extensions of time, it is hereby

**ORDERED**

That the motion of Defendant State Farm for an extension of time to file its reply brief in opposition to the plaintiff's motion to remand [6] is hereby **GRANTED**;

That the plaintiff's motion to remand [5] is hereby **GRANTED**;

That this action is hereby **REMANDED** to the Circuit Court of Hancock County, Mississippi;

That the Clerk of Court shall take the steps necessary to return this action to the court from which it was removed.

**SO ORDERED** this 26th day of July, 2006.

s/ L. T. Senter, Jr.

L. T. Senter, Jr.
Senior Judge