**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

**FRANCES "PAT" LADNER**                                                              **PLAINTIFF**

**V.**                                                **CIVIL ACTION NO.1:06CV090 LTS-RHW**

**DORMAN DAVIS and
STATE FARM FIRE AND CASUALTY COMPANY**                           **DEFENDANTS**

## ORDER

In accordance with the Memorandum Opinion I have this day entered, it is hereby

**ORDERED**

That the defendants' motion [13] for reconsideration of the opinion [10] and order [11] entered on July 27, 2006, is **DENIED**.

**SO ORDERED** this 29th day of November, 2006.

s/ *L. T. Senter, Jr.*
L. T. Senter, Jr.
Senior Judge